STATE OF LOUISIANA, EX REL, PAUL POUPART

VERSUS

STATE OF LOUISIANA

NO. 19-KH-339

FIFTH CIRCUIT

COURT OF APPEAL

STATE OF LOUISIANA

September 20, 2019

Susan Buchholz
First Deputy Clerk

IN RE PAUL POUPART

APPLYING FOR SUPERVISORY WRIT FROM THE TWENTY-FOURTH JUDICIAL DISTRICT COURT, PARISH OF JEFFERSON, STATE OF LOUISIANA, DIRECTED TO THE HONORABLE CORNELIUS E. REGAN, DIVISION "B", NUMBER 09-4796

Panel composed of Judges Stephen J. Windhorst,
Hans J. Liljeberg, and Timothy S. Marcel, Pro Tempore

**WRIT GRANTED; ORDER VACATED; REMANDED WITH INSTRUCTIONS**

Relator, Paul Poupart, seeks review of the trial court's March 27, 2019 Order, which declined to consider the merits of his *pro se* supplemental application for post-conviction relief. The trial court reasoned that relator was represented by counsel in his pending application for post-conviction relief, and therefore, it would not entertain any *pro se* motions filed by relator. In *State v. Melon*, 95-2209 (La. 9/22/95), 660 So.2d 466, the Louisiana Supreme Court noted that "[o]n previous occasions, this Court has indicated that the meaningful access to courts guaranteed by La. Const. art. I, Sections 2, 19 and 22 requires courts to accept and consider post-verdict pro se filings from represented defendants."

Therefore, we grant relator's writ application, vacate the trial court's March 27, 2019 order and remand this matter to the trial court to rule on relator's *pro se* supplemental application for post-conviction relief filed on March 12, 2019. We recognize that the trial court and this Court previously considered relator's counseled claims relating to the constitutionality of La. R.S. 14:122. *See State v. Poupart*, 19-KH-255 (La. App. 5 Cir. 7/8/19) (unpublished writ decision). Therefore, relator's *pro se* claim on this same issue does not need to be addressed by the trial court.

Gretna, Louisiana, this 20th day of September, 2019.

**HJL**
**SJW**
**TSM**

19-KH-339

SUSAN M. CHEHARDY
CHIEF JUDGE

FREDERICKA H. WICKER
JUDE G. GRAVOIS
MARC E. JOHNSON
ROBERT A. CHAISSON
STEPHEN J. WINDHORST
HANS J. LILJEBERG
JOHN J. MOLAISON, JR.

JUDGES

MARY E. LEGNON
INTERIM CLERK OF COURT

CHIEF DEPUTY CLERK

SUSAN BUCHHOLZ
FIRST DEPUTY CLERK

MELISSA C. LEDET
DIRECTOR OF CENTRAL STAFF

(504) 376-1400
(504) 376-1498 FAX



**FIFTH CIRCUIT**

101 DERBIGNY STREET (70053)

POST OFFICE BOX 489

GRETNA, LOUISIANA 70054

www.fifthcircuit.org

## NOTICE OF DISPOSITION CERTIFICATE OF DELIVERY

I CERTIFY THAT A COPY OF THE DISPOSITION IN THE FOREGOING MATTER HAS BEEN TRANSMITTED IN ACCORDANCE WITH **UNIFORM RULES - COURT OF APPEAL, RULE 4-6** THIS DAY <u>09/20/2019</u> TO THE TRIAL JUDGE, THE TRIAL COURT CLERK OF COURT, AND AT LEAST ONE OF THE COUNSEL OF RECORD FOR EACH PARTY, AND TO EACH PARTY NOT REPRESENTED BY

MARY E. LEGNON
INTERIM CLERK OF COURT

**19-KH-339**

**E-NOTIFIED**

Thomas J. Butler (Respondent)          Terry M. Boudreaux (Respondent)

**MAILED**

Paul Poupart #357073 (Relator)
Elayn Hunt Correctional Center
Post Office Box 174
St. Gabriel, LA 70776